UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANA SAVARISTE

VERSUS

CORRENTS TRUCKING, LLC, ET AL

CIVIL ACTION

NO. 09-181-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 7, 2011. Defendants have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by defendants Corrent's Trucking, LLC and David Samuel Corrent, Sr. is denied.

Baton Rouge, Louisiana, March 2, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA